**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FRANKIE MONEGRO, on behalf of himself
And all others similarly situated,
                              Plaintiff,

            -against-                                      20 **CIVIL** 8962

                                                                       **JUDGMENT**

ALBENESE CONFECTIONERY GROUP, INC.,
                            Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 19, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff Frankie Monegro and Defendant Albanese Confectionery Group, Inc., by and through undersigned counsel, have stipulated that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party shall bear their own attorneys' fees, costs, and expenses. Judgment is hereby entered.

**Dated:**  New York, New York
            January 19, 2021

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                             **BY:**      *K. Mango*
                                                                        **Deputy Clerk**